

```
 1  WILLIAM C. ROOKLIDGE #134483
    GREGORY S. CORDREY #190144
 2  HOWREY SIMON ARNOLD & WHITE, LLP
    2020 Main Street, Suite 1000
 3  Irvine, California 92614
    Telephone: (949) 721-6900
 4  Facsimile: (949) 721-6910
    rooklidgew@howrey.com
 5  cordreyg@howrey.com

 6  Attorneys for Plaintiffs
    AVERY DENNISON CORPORATION and
 7  AVERY DENNISON OFFICE PRODUCTS COMPANY

 8  CHARLES S. BARQUIST #133785
    SUSAN KIM #215282
 9  MORRISON & FOERSTER LLP
    555 West Fifth Street, Suite 3500
10  Los Angeles, California 90013-1024
    Telephone: (213) 892-5200
11  Facsimile: (213) 892-5454
    CBarquist@mofo.com
12  SKim@mofo.com

13  Attorneys for Defendant
    NCR CORPORATION
14
```

FILED FEB 2 4 2005 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION AT SANTA ANA

ORIGINAL

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| AVERY DENNISON OFFICE PRODUCTS COMPANY, AVERY DENNISON CORPORATION, <br><br> Plaintiffs, <br><br> vs. <br><br> NCR CORPORATION, <br><br> Defendant. | Case No. SACV04-0057 CJC (MLGx) <br><br> **STIPULATED DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER** |

DOCKETED ON CM
FEB 2 8 2005
BY _____ 024

HOWREY SIMON ARNOLD & WHITE

DM_US\8161716.v1

Pursuant to Fed. R. Civ. P. 41, Plaintiffs Avery Dennison Corporation and Avery Dennison Office Products Company (collectively, "Avery Dennison") and Defendant NCR Corporation ("NCR") stipulate to the dismissal WITHOUT PREJUDICE of Avery Dennison's claims for infringement of U.S. Patent Nos. 5,857,837 ("the '837 patent") and 5,993,928 ("the '928 patent") and stipulate to the dismissal WITHOUT PREJUDICE of NCR's counterclaims for a declaration of non-infringement, invalidity, and unenforceability of the claims of the '837 and '928 patents. Each side shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: February 22, 2005

Respectfully submitted,

HOWREY SIMON ARNOLD & WHITE, LLP

By: _____
GREGORY S. CORDREY

Attorney for Plaintiffs
AVERY DENNISON OFFICE
PRODUCTS COMPANY AND
AVERY DENNISON
CORPORATION

Dated: February __, 2005

MORRISON & FOERSTER LLP

By: _____
CHARLES S. BARQUIST

Attorney for Defendant
NCR CORPORATION

**IT IS SO ORDERED.**

Dated: _____

_____
United States District Judge

1

1  Pursuant to Fed. R. Civ. P. 41, Plaintiffs Avery Dennison Corporation and
2  Avery Dennison Office Products Company (collectively, "Avery Dennison") and
3  Defendant NCR Corporation ("NCR") stipulate to the dismissal WITHOUT
4  PREJUDICE of Avery Dennison's claims for infringement of U.S. Patent Nos.
5  5,857,837 ("the '837 patent") and 5,993,928 ("the '928 patent") and stipulate to the
6  dismissal WITHOUT PREJUDICE of NCR's counterclaims for a declaration of non-
7  infringement, invalidity, and unenforceability of the claims of the '837 and '928
8  patents.  Each side shall bear its own attorneys' fees and costs.

9  **IT IS SO STIPULATED.**

10 Dated: February __, 2005                Respectfully submitted,

11                                         HOWREY SIMON ARNOLD & WHITE, LLP

14                                         By: _____
                                               GREGORY S. CORDREY

15                                         Attorney for Plaintiffs
16                                         AVERY DENNISON OFFICE
                                           PRODUCTS COMPANY AND
17                                         AVERY DENNISON
                                           CORPORATION

18 Dated: February 22, 2005                MORRISON & FOERSTER LLP

20
21                                         By: _____
                                               CHARLES S. BARQUIST

23                                         Attorney for Defendant
                                           NCR CORPORATION

24
25 **IT IS SO ORDERED.**

26 Dated: _February 24, 2005_              _____
27                                         United States District Judge
28

1

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss.:
COUNTY OF ORANGE      )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2020 Main Street, Suite 1000, Irvine, California 92614.

On February 23, 2005, I served on the interested parties in said action the within:

**STIPULATED DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER**

by placing a true copy thereof in a sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Irvine, California.

| | |
|---|---|
| Charles S. Barquist, Esq.<br>Susan Kim, Esq.<br>Morrison & Foerster LLP<br>555 West Fifth Street, Suite 3500<br>Los Angeles, CA 90013-1024<br><br>Telephone: (213) 892-5200<br>Facsimile: (213) 892-5454 | Harold J. McElhinny, Esq.<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br><br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |

[X] (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on February 23, 2005, at Irvine, California.

Vicki L. Sucher
(Type or print name)                                    (Signature)

HOWREY
SIMON
ARNOLD &
WHITE

-1-